# Interlocutory Appeal

I AM executor of my estate the living man

For the record and let the record show. I Do not understand I do not Accept and I Do not consent.

In what jurisdiction is this criminal or other

18 1001 fraud

Oath 18 USC 3571

Denied Right to truth in evidence 18 USC 3571

Denied provisions in Constitution

Treason 18 USC 3571