U.S. District Court
District of Maine

Brice Cantrell executor

V.

Brunswick Maine Police
et al

Civil No 2:23CV-00283-NT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2024 JUL 10 A 10:43
DEPUTY CLERK

To All Partys and court of Record, Disclosure of known fraud, Oct 7th evidence is without authentication, time stamp. Andrew Fiztpatrick's Report oct 20th 2020, was heavily Redacted of my Rights violations my entire interactions, Running my Licence for Recording Police, All Removed from Dispatch Log, And Andrew's paper Report. I Brice Cantrell have been Deprived of FOAA Reqests for Answers to many complaints, Denied intereviws with officer, email not Responded to.

Brice cantrell exe