# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| BRICE N. CANTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:23-cv-00283-NT |
| | ) | |
| BRUNSWICK MAINE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S OBJECTION TO SCHEDULING ORDER

NOW COME the Defendants, by and through their undersigned counsel, and jointly respond to Plaintiff's Objection to the Scheduling Order ("Objection") (ECF No. 94) as follows:

This Court issued its Scheduling Order on April 10, 2025. On April 16, 2025, Defendants, through counsel, notified Plaintiff that they had no objection to the Scheduling Order. Plaintiff filed the instant Objection on April 22, 2025.

Defendants do not oppose Plaintiff's request to take six depositions.

Defendants do, however, object to Plaintiff's request to record all court proceedings, which is contrary to Local Rule 83.7(a)(3). Plaintiff's claim that such recordings are necessary to protect his rights because the parties purportedly speak different languages is an insufficient legal basis to disregard this Court's longstanding prohibition on recording in the courthouse, even if it were accurate (and it is not).

Defendants further oppose the remainder of Plaintiff's Objection, which parrots many of the bizarre allegations raised in Plaintiff's various prior filings, all of which are denied.

Therefore, except for Plaintiff's request to take six depositions, Defendants oppose all of the relief requested in Plaintiff's Objection.

Dated: May 2, 2025

/s/ Benjamin J. Wahrer
Benjamin J. Wahrer, Esq.
Attorney for Cory Iles

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street, Fifth Floor
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500
bwahrer@thompsonbowie.com

/s/ Kasia S. Park
Kasia S. Park, Esq.
Susan M. Weidner, Esq.
Attorneys for Defendants Brunswick Police
Department, Town of Brunswick, Judith
Bean, Joshua Bernier, John Eldridge,
Andrew Fitzpatrick, Brian Funke, Paul
Hansen, Zachary Huber, Adam Merrill,
Patrick Scott, Frances Smith, Thomas
Stanton, Scott Stewart, Jerod Verrill,
Christopher Wolongevicz, and Kristin
Collins

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941
kpark@dwmlaw.com
sweidner@dwmlaw.com

## CERTIFICATE OF SERVICE

I, Benjamin J. Wahrer, hereby certify that on May 2, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all parties of record. A copy of the foregoing document has also been sent to Plaintiff via USPS at:

Brice Cantrell
206 Harpswell Road
Brunswick, ME 04011

*/s/ Benjamin J. Wahrer*
Benjamin J. Wahrer, Esq.

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street, Fifth Floor
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500
bwahrer@thompsonbowie.com